UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUSMANE BAH,<br><br>        Plaintiff,<br><br>   -against-<br><br>APPLE INC.,<br>SECURITY INDUSTRY SPECIALISTS, INC.,<br>STEVEN YHAP, Individually and as an Employee of Security Industry Specialists, Inc.,<br>JOHN WOODRUFF, Individually and as an Employee of Security Industry Specialists, Inc.,<br>DETECTIVE PAUL SIEMON, Individually and as an Officer of the Paramus Police Department,<br>LIEUTENANT ROBERT OLIVE, Individually and as an Officer of the Paramus Police Department, and<br>THE BOROUGH OF PARAMUS,<br><br>        Defendants. | Case No. 2:20-cv-15018-MCA-MAH<br><br>**NOTICE OF MOTION FOR RULE 11 SANCTIONS**<br><br>**Return Date: July 19, 2021** |

**DEFENDANTS, SECURITY INDUSTRY SPECIALISTS, STEVEN YHAP and JOHN WOODRUFF, MOTION FOR SANCTIONS PURSUANT TO RULE 11(c)(2)**

   PLEASE TAKE NOTICE that upon the accompanying Memoranda of Law; the June 14, 2021 Declaration of David L. Metzger in Support of defendants', SECURITY INDUSTRY SPECIALISTS, INC. ("SIS"), STEVEN YHAP ("YHAP") and JOHN WOODRUFF, Motion for Sanctions pursuant to Federal Rule of Civil Procedure Rules 11(c)(2) and the exhibits submitted in connection therewith, the Defendants, SIS, YHAP and WOODRUFF, will move this Court, on

July 16, 2021, at the United States District Court for the District of New Jersey in a matter assigned to The Hon. Madeline Cox Arleo, Martin Luther King Boulevard and U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101, Courtroom MLK4A, for an Order, pursuant to Federal Rules of Civil Procedure 11(c)(2), imposing sanctions upon the plaintiff and/or his attorneys for filing a First Amended Complaint in violation of Rule 11(b).

Opposition briefs are to be filed by July 6, 2021. Reply briefs are to be filed by July 12, 2021.

Dated:     June 14, 2021

*David Metzger*
David L. Metzger, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
SECURITY INDUSTRY SPECIALISTS,
INC., STEVEN YHAP and
JOHN WOODRUFF
61 Broadway, Suite 2000
New York, New York 10006
212.233.7195
dlmetzger@lewisjohs.com

To:
*To all parties via e-mail and ecf*